**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

IN RE:                                                                                    Chapter 13

Joseph J. Huntowski  and Crisovalanto Huntowski                No.   08-14734

                    Debtor                                                          Hon.  Jacqueline P. Cox

**RESPONSE TO NOTICE OF FINAL CURE - STATEMENT OF
OUTSTANDING PAYMENT OBLIGATIONS**

American Home Mortgage Servicing, Inc., Servicing agent for, Deutsche Bank National Trust Company, as Indenture Trustee for American Home Mortgage Investment Trust 2005-2, files this, its Response to Notice of Final Cure - Statement of Outstanding Payment Obligations of Debtor:

2 Post-Petition payments for 03/01/11 through 04/01/11 @ $2,567.03 each = $5,134.06 ;
1 late charges for 03/15/11 through 03/15/11 @ $93.99 each = $93.99 ;

    Attorney fees                                                                                    $125.00

    **Total Amount past due**                                                           **$5,353.05**

The debtor may (i) within 30 days of service of the statement, challenge the accuracy of the statement by motion filed with the court, on notice to the American Home Mortgage Servicing, Inc. and the standing trustee, with the court resolving the challenge as a contested matter, or (ii) propose a modified plan to provide for payment of additional amounts that the debtor;

To the extent the amounts set forth in this Response to Notice of Final Cure - Statement of Outstanding Payment Obligations are not determined by the court to be invalid or are not paid by the debtors through the modified plan, the right of American Home Mortgage Servicing, Inc. to collect these amounts will be unaffected.

    Submitted by:

          /s/ Susan J. Notarius
    Attorney for American Home Mortgage
    Servicing, Inc.

Susan J. Notarius - ARDC # 06209646
Kluever & Platt, LLC
65 E. Wacker Place, Ste. 2300,
Chicago, IL 60601
312-201 6679